UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE DOWNS LAW GROUP, P.A., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-2407 (RBW) |
| THE UNITED STATES COAST GUARD, | ) ) ) | |
| Defendant. | ) ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated October 18, 2021, Plaintiff, the Downs Law Group, P.A. ("Plaintiff") and Defendant the U.S. Coast Guard ("USCG"), by and through their undersigned counsel, respectfully inform the Court as follows:

1. Plaintiff filed two Freedom of Information Act ("FOIA") requests with USCG on June 14, 2020 and August 5, 2020. In Plaintiff's requests, they sought all records in possession or control of USCG which shows, discusses, depicts, or lists approval of, commendation for medals for approbation for, letters of commendation for all USGC personnel, whether active-duty reserve or auxiliary, for service during the cleanup of the BP Deepwater Horizon Oil spill.

2. Both requests, assigned numbers 2020-CGFO-01820 and 2020-CGFO-02512 respectively, were received by the Coast Guard's Office of Privacy Management ("CG-6P") and assigned out to units to search for responsive records and prepare a response package. No response package has been sent to the requesters for either request.

2. CG-6P received FOIA request 2020-CGFO-01820 on June 18, 2020 and assigned the request to the following units as a coordinated response: the Office of Investigations and

Casualty Analysis ("CG-INV"), District Eight ("D8"), the Personnel Service Center ("PSC"), and the Office of Governmental and Public Affairs ("CG-0922").

3. CG-6P received FOIA request 2020-CGFO-02512 on September 4, 2020, and assigned the request to CG-INV for processing. CG-INV returned this request to CG-6P because they do not maintain responsive records. The Office of Marine Environmental Response Policy ("CG-MER") was later notified of the request but does not maintain responsive records.

4. These offices have completed their respective searches for responsive records. A coordinated response is now being prepared.

5. The Parties will file another status report on January 12, 2022.

Dated: November 16, 2021
         Washington, DC                              Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar.                         C. PETER SORENSON
#481052
United States Attorney                               By: /s/ C. Peter Sorenson
                                                     C. Peter Sorenson, D.C. Bar 438089
BRIAN P. HUDAK                                       Sorenson Law Office
Acting Chief, Civil Division                         P. O. Box 10836
                                                     Eugene, Oregon 97440
By:  /s/ Patricia K. McBride                         petesorenson@gmail.com
PATRICIA K. MCBRIDE
Assistant United States Attorney                     *Counsel for Plaintiff*
555 Fourth Street, NW
Washington, D.C. 20530
Phone: (202) 252-7123
patricia.mcbride@usdoj.gov

*Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE DOWNS LAW GROUP, P.A., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-2407 (RBW) |
| THE UNITED STATES COAST GUARD, | ) ) ) | |
| Defendant. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the Status Report, it is hereby ORDERED that Defendant shall file a further status report on January 12, 2022.

SO ORDERED.

Date: _____                    _____
                                          United States District Judge