UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE DOWNS LAW GROUP, P.A.<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES COAST GUARD,<br><br>*Defendant.* | Civil Action No. 21-2407 (RBW) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff The Downs Law Group, P.A. (hereafter "Downs") opposes Defendant's Motion for Summary Judgment [ECF No. 12], both on Defendant's search for and the withholding of responsive records. In support of its opposition to Defendant's Motion for Summary Judgment, Plaintiff attaches the Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment, Plaintiff's Response to Defendant's Statement of Material Facts as to Which There is no Genuine Dispute and Plaintiff's Statement of Material Facts Not in Genuine Dispute, the Declaration of Craig Thomas Downs, the Declaration of Captain Lincoln D. Stroh, USCG (Retired), the Declaration of Charles Grady, the Declaration of Mr. John Campo, and a Proposed Order.

Dated: This 27th day of June, 2022.

Respectfully Submitted,

/s/ C. Peter Sorenson
C. Peter Sorenson, DC Bar #438089
Sorenson Law Office
PO Box 10836
Eugene, OR 97440
(541) 606-9173
peter@sorensonfoialaw.com

*Attorney for Plaintiff*