UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE DOWNS LAW GROUP, P.A.

*Plaintiff,*

v.

UNITED STATES COAST GUARD,

*Defendant.*

Civil Action No. 21-2407 (RBW)

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of Defendant's Motion for Summary Judgment [ECF No. 12] and Plaintiff's Cross-Motion for Summary Judgment and the entire record herein;

It is:

**ORDERED** that Plaintiff's motion is GRANTED; and it is

**FURTHER ORDERED** that Defendant's Motion is DENIED.

_____   _____
Date                            Reggie B. Walton
                                Senior Judge
                                United States District Court